Viñas, Peticionario, v. Lloreda, Juez de Distrito, Demandado.

Solicitud para que se expida un mandamiento de *certiorari* al Juez de la Corte de Distrito de Arecibo en pleito sobre tercería e *injunction*.

No. 182.—Resuelto en marzo 19, 1917.

Injunction—Apelación—Efecto de la Apelación Respecto al Injunction.— La apelación contra una orden denegando la expedición de un auto de *injunction* para que se suspenda una subasta, no produce el efecto de que la prohibición exista mientras la apelación se resuelve, y por tanto no da derecho a que como consecuencia de la apelación se libre el auto de *injunction* que se solicitó.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Luis Mercader*.

El Juez demandado no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

En pleito seguido por Gandía y Cía. contra Francisco Alonzo se dictó sentencia condenando al pago de cierta cantidad de dinero y librada orden para su ejecución y embargadas ciertas fincas como de la propiedad del demandado presentó entonces Manuel Viñas demanda de tercería de ellas y petición incidental de *injunction* para paralizar el remate de las mismas. Declarada sin lugar la demanda de tercería y también la orden de entredicho y denegado el *injunction* solicitado apeló de ambas resoluciones el Señor Viñas, apelaciones que aun están pendientes.

En este estado las cosas solicitó Gandía y Cía. que se librase nueva orden de ejecución para cumplir la sentencia contra Alonzo a lo que accedió la Corte de Distrito de Arecibo y anunciado el remate de dichas fincas para el 30 de este mes acudió entonces nuevamente Viñas a dicha corte exponiendo esos hechos y solicitando que se dictase una orden de *injunction* al márshal para que suspendiera la subasta anunciada hasta que este Tribunal Supremo resolviera el pleito de tercería a fin de que no resultase sin efecto nuestra juris-

dicción. La corte negó la solicitud en 13 de este mes y como consecuencia de esto nos ha presentado Viñas petición para que libremos auto de *certiorari* anulándola.

Como se ve, lo que pretende ahora el Señor Viñas es que a pesar de haber sido negada su petición de *injunction* se libre, sin embargo, por el hecho de haber apelado aquella resolución y también contra la que recayó en su demanda de tercería.

La apelación contra una orden denegando la expedición de un auto de *injunction* no produce el efecto de que la prohibición exista mientras la apelación se resuelva *Sucesión Padró v. Lloreda, Juez de Distrito,* 24 D. P. R. 766 y, por tanto, no da derecho a que como consecuencia de la apelación se libre el auto de *injunction* que solicitó el Señor Viñas de la Corte inferior y contra cuya resolución negatoria interpuso el presente recurso de *certiorari.*

La solicitud debe ser negada.

*Denegada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.